JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joan Coulson, )<br>)<br>         Plaintiff, )<br>)<br>    v. )<br>)<br>Northwestern Mutual Life )<br>Insurance Co, et al., )<br>)<br>         Defendant(s). )<br>_____ ) | SACV 09-01083-JVS(ANx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

　　The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

　IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: June 2, 2010

　　　　　　　　　　　　　　　　　　　　　　／s／ James V. Selna
　　　　　　　　　　　　　　　　　　　　　　James V. Selna
　　　　　　　　　　　　　　　　　　　　　　United States District Judge